# EXHIBIT B

Home / Tesla / Model X / 2020

2020 ⌄

ADD TO FAVORITES

# 2020 Tesla Model X

**6.5**/10



C/D RATING



TESLA





View Photos →

**MSRP**

## $81,190–$101,190

SHOP NOW

AT A GLANCE   OVERVIEW   WHAT'S NEW   PRICING   EV MOTOR & PERFORMANCE   RANGE   FUEL ECONOMY   INTERIOR   INFOTAINME ›

**HIGHS**
Long driving range, quick-charging battery, impressive acceleration.

**LOWS**
Cabin doesn't live up to the price, gimmicky Falcon Wing doors, build quality could be better.

**VERDICT**
If you're going all electric and you need an SUV, the Model X is an expensive but obvious choice.

10/24/25, 6:16 PM

Case 8:25-cv-02419-FWS-DFM    Document 1-2    Filed 10/24/25    Page 3 of 12    Page ID
2020 Tesla Model X Review, Pricing, and Specs
#:28

## Specs ⓘ

SEE ALL SPECS

**EPA Est. Range**
328–371 Miles

**Seating**
5 Seats

**Powertrain**
Electric, Gas

**Drivetrain**
All-Wheel Drive

**Limited Warranty**
4 Years/50,000 Miles

By Drew Dorian

# Overview

The 2020 Tesla Model X might be the greenest—and one of the fastest—way to tote up to seven people over hill and dale. As the crossover cousin to **the brand's iconic Model S sedan**, the X is actually practical, with all-wheel drive, a high-tech cabin with room for up to seven, and striking but fussy Falcon Wing doors. Two models are offered, both with over 300 miles of driving range, and each one is impressively quick thanks to two onboard electric motors; the Model X also handles quite nicely for such a heavy SUV, thanks in part to the fact that its batteries are mounted in the floor, creating a low center of gravity. The cabin is snazzy and rich with technology, but those expecting outright luxury will be disappointed.



# What's New for 2020?

It's hard to know exactly what's new on 2020 Model Xs because Tesla, unlike almost every other automaker, makes constant running changes to its products throughout each calendar year. According to a blog post on its consumer site, Tesla touts more efficient electric motors, faster charging via more robust onboard chargers, and a fully adaptive air suspension system. Tesla is also testing [a new variant of the Model S](#)—the Model X's sedan cousin—at Germany's famed Nürburgring race course. It also has teased an upgraded powertrain and has hinted at a new Plaid Mode performance driving setting which may eventually become available on both the S and X models.



## What's Your Car Worth?

Car and Driver calculates your car's value in **three free and easy steps** - using the same Black Book® data dealers use to appraise vehicles.

**GET YOUR TRADE-IN VALUE**

## Pricing and Which One to Buy

The price of the 2020 Tesla Model X starts at $81,190 and goes up to $101,190 depending on the trim and options.



| | |
|---|---|
| Long Range Plus | $81,190 |
| Long Range | $86,190 |
| Performance | $101,190 |

0     $25k     $50k     $75k     $100k     $125k     $150k     $175k

**COMPARE ALL TRIMS**   SHOP NOW

The Performance model with Ludicrous mode would surely be the most fun, but it's mighty expensive and its 305-mile estimated driving range isn't as long as the less expensive Long Range model, so we'd save the $20,000. The Long Range model offers 20 more miles of estimated driving range and still feels mighty quick thanks to the immediacy of the electric motors' power delivery.

# Compare the 2020 Tesla Model X to other vehicles you're interested in

Our new comparison tool provides a comprehensive, side-by-side comparison of up to five vehicles of your choice.

COMPARE CARS

GETTING STARTED WITH EVS

 EV Range: Everything You Need to Know

 Where to Find EV Chargers and How to Use Them

 Your 2024 Guide to EV Tax Credits

# For Sale Near You



# EV Motor, Power, and Performance

All Model Xs come standard with two electric motors—one at the front axle and one at the rear—which enables them with all-wheel-drive capability. The standard Long Range model is quick and Tesla claims a zero-to-60-mph time of 4.4 seconds. A high-performance variant is also offered which comes with a 305-mile range and a claimed zero-to-60-mph time of 2.7 seconds when its Ludicrous Mode is engaged. Handling is respectable, but the Model X's party trick is really the strong acceleration generated by its electric motors.

---

**MORE ON THE TESLA MODEL X**

 Model X 100D Feels Appropriately Futuristic

 How We'd Spec It: The Ludicrous Tesla Model X P90D

 Tesla's Model X Finally Spreads Its Wings

## Range, Charging, and Battery Life

The Model X comes standard with a battery large enough to cover a claimed 325-mile driving range; upgrading to the faster Performance model drops the estimated driving range to 305 miles. Recharging is quick via one of Tesla's Superchargers, which are located across the country. Charging at home via a 240V or 120V connection will be slower, but probably more convenient for owners, so Tesla offers in-home charging equipment for purchase.

## Fuel Economy and Real-World MPGe

Among other all-electric SUVs, the Model X boasts the highest MPGe ratings from the EPA. Long Range models earned ratings of 99 city, 93 highway, and 96 MPGe combined. Even the Performance model, which sacrifices some efficiency for faster acceleration, outperforms key rivals such as the Jaguar I-Pace and Audi e-Tron SUVs in this metric.

## Interior, Comfort, and Cargo

A stark and nearly buttonless interior design is classic Tesla. The Model X's unique windshield/glass roof runs seamlessly from the base of the hood up over the front-seat passengers for a nearly uninterrupted view of what's ahead and what's

above. Despite these whiz-bang features, the Model X's cabin leaves us wanting, especially considering its price can easily break the six-figure barrier, with non-descript air vents, misaligned panels, and flat-backed seats that don't offer enough adjustments.



VIEW PHOTOS

TESLA

**THE CAR AND DRIVER DIFFERENCE**

 Our Comprehensive Car Testing Explained

 Why We Test: Every Number Tells a Story

 Why We Test EVs the Way We Do

# Infotainment and Connectivity

A huge touchscreen infotainment system dominates the dashboard and controls nearly all of the Model X's various features and settings. This large screen kicked off an industry

wide effort to include ever more impressive infotainment features and displays, yet despite being around for a number of years without major changes, still looks just as dramatic and impressive when you're sliding behind the wheel. What you won't find, however, is Apple CarPlay or Android Auto capability Noteworthy, also, is the large screen's fussiness: Many of its onscreen icons are small or, depending on the person's size, difficult to reach from the driver's seat. Still, the Model X and Model S rank among the most tech-forward luxury vehicles on the market today.

**HOW TO BUY AND MAINTAIN A CAR**


How to Buy or Lease a New Car


How to Buy a Used Car


How to Repair, Maintain, and Care for Your Car

# Safety and Driver-Assistance Features



**Overall Safety Rating (NHTSA)**

View Crash Test Results

Most buyers are looking more for tech features than luxury, though, and the Model X can be optioned with the feature that is possibly the most buzzworthy: Autopilot. **Tesla's semi-autonomous driving mode** uses several cameras, multiple sensors, and radars to detect objects, people, and other vehicles and uses them to pilot the Model X under its own power. The Model X also **offers a Summon feature** that allows

the user to park or retrieve the SUV from tight spots while standing outside—a feature that seems gimmicky but proved necessary thanks to the silly top-hinged doors. The [National Highway Traffic Safety Administration](#) gave the 2019 Model X a five-star rating last year but the electric SUV has not been tested by the Insurance Institute for Highway Safety. Key safety features include:

- Standard automated emergency braking
- Standard lane-departure warning
- Available adaptive cruise control with semi-autonomous driving mode

## Warranty and Maintenance Coverage

Tesla offers a comprehensive warranty package to protect the Model X's powertrain and hybrid components but lacks the lengthy bumper-to-bumper coverage and complimentary scheduled maintenance packages of the I-Pace.

- Limited warranty covers 4 years or 50,000 miles
- Powertrain warranty covers 8 years, regardless of miles
- No complimentary scheduled maintenance

## SHOPPING TOOLS



### What's My Car Worth?

Car and Driver values are calculated from the same Black Book® data dealers use to appraise vehicles.

GET ESTIMATE



### Insurance Marketplace

See what you can save on car insurance.

LEARN MORE



### Auto Loans & Financing

Our finance experts answer any questions you may have about financing a vehicle.

LEARN MORE

## SIMILAR VEHICLES

### 2025 BMW iX
**9.5**/10
C/D RATING



Starting at
**$88,425**   Shop Now

EPA Est. Range
**288–324** miles

**C/D SAYS:** One of the best electric SUVs can be found in BMW's showroom right now in the 2025 iX, which offers up to 324 miles per charge and up to 610 horsepower. Learn More

### 2026 Cadillac Vistiq
**9**/10
C/D RATING

Starting at
**$79,090**   Shop Now

EPA Est. Range
**N/A**

**C/D SAYS:** The 2026 Vistiq joins Cadillac's growing electric SUV lineup as a mid-size companion to the massive Escalade IQ.  Learn More

### 202...

Starting at
**$96,55...**

EPA Est. R...
**370–45...**

**C/D SAYS**
rolled ou...
and a ma...
charge.

---

## MORE FROM TESLA

## 2026 Tesla Cybertruck
**8.5/10** C/D RATING



Starting at
**$72,235**   Shop Now

EPA Est. Range ⚡
**320–325** miles

**C/D SAYS:** Read our 2026 Tesla Cybertruck review for information on ratings, pricing, specs, and features, and see how this pickup truck performed in our testing. Learn More

EXPAND ALL MODEL YEARS ⌃

## 2026 Tesla Roadster



Starting at
**$200,000** est   Shop Now

EPA Est. Range ⚡
**N/A**

**C/D SAYS:** Expected to make its return to the lineup for the 2026 model year, the new Tesla Roadster picks up where the old model left off. Learn More

## 202



Starting at
**$38,63**

EPA Est. R
**321–35**

C/D SAY
informat
and see
More